ORDER PROPOSED BY:
Christina L. Hunt
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant
AMY LEANN HENSLEY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-05-180-LRS |
| Vs. | ORDER |
| AMY LEANN HENSLEY, | |
| Defendant. | |

The unopposed motion to modify conditions of release which restricts Ms. Hensley's travel to the Eastern District of Washington having been read and considered,

IT IS HEREBY ORDERED that the condition of release which requires Ms. Hensley to first obtain permission of the court before leaving the Eastern District of Washington be modified. Ms. Hensley may travel outside the Eastern District of Washington to the District of Idaho for employment purposes, and she need not obtain prior permission before traveling.

DATED May 25, 2007.

s/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER

1