```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>            Plaintiff,         )<br>                               )<br>    Vs.                        )<br>                               )<br>AMY LEANN HENSLEY,             )<br>                               )<br>            Defendant.         )<br>_____) | NO. CR-05-180-LRS<br><br>ORDER GRANTING<br>UNOPPOSED MOTION |

The Motion to allow Ms. Hensley to travel to Orlando, Florida, between the dates of November 8 through November 15, 2007, having been read and considered,

**IT IS ORDERED** that Defendant's unopposed Motion **(Ct. Rec. 394)** is **GRANTED.** Ms. Hensley may travel outside the Eastern District of Washington to Florida between said dates for employment purposes. Ms. Hensley is directed to check in with her probation officer within one business day of her return. If Ms. Hensley is not released from a currently pending subpoena in this matter, she shall return no later than the evening of November 13, 2007.

DATED November 6, 2007.


                       S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER - 1