UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR-05-180-LRS |
| ) | |
| Vs. ) | ORDER GRANTING DEFENDANT'S |
| ) | MOTION TO ALLOW TRAVEL |
| AMY LEANN HENSLEY, ) | TO ALASKA AND MOTION |
| ) | TO EXPEDITE HEARING |
| Defendant. ) | |

The Motion **[Ct. Rec. 703]** to allow Ms. Hensley to travel to Kenai, Alaska, between the dates of September 19 through September 28, 2008, and Motion to expedite **[Ct. Rec. 704]** having been read and considered,

**IT IS ORDERED:**

1. Defendant's Motion to Expedite Hearing **[Ct. Rec. 704]** is **GRANTED.**

2. Defendant's Motion to Allow Travel to Alaska **[Ct. Rec. 703]** is **GRANTED.** Ms. Hensley may travel outside the Eastern District of Washington to the District of Alaska between said dates in order to visit her birth mother. Ms. Hensley is directed to check in with her probation officer upon her return.

DATED September 17, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1

ORDER - 2