```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-05-180-LRS-5 |
| Plaintiff, ) | |
| ) | **ORDER GRANTING MOTION** |
| ) | **TO RECONSIDER** |
| v. ) | |
| ) | |
| AMY LEANN HENSLEY, ) | |
| Defendant. ) | |

**BEFORE THE COURT** is Defendant's "Motion To Reconsider Motion For Early Termination Of Probation" (Ct. Rec. 811).

In an order filed April 15, 2010 (Ct. Rec. 810), the court denied, without prejudice, the motion for early termination of probation. The court is provided with new information that because of Defendant's probation status, she cannot obtain certification (assuming she passes licensing requirements) as a licensed massage therapist. The Defendant has been on probation since October 2008, and has been in full compliance with all of the terms of her probation. She is currently employed. She has completed a 750 hour massage therapy course and desires to embark on a new career as a licensed massage therapist.

Having considered the factors set forth in 18 U.S.C. §3553(a), the court concludes that early termination of Defendant's three year term of probation is warranted by the conduct of the Defendant and the interest of justice. 18 U.S.C.

**ORDER GRANTING**
**MOTION TO RECONSIDER -    1**

1  §3564(c).  Defendant's Motion To Reconsider (Ct. Rec. 811) is **GRANTED** and
2  Defendant's term of probation is **TERMINATED** and she is discharged.
3       **IT IS SO ORDERED**.  The District Court Executive is directed to enter
4  this order and forward copies to counsel.
5       **DATED** this___12th____day of May, 2010.

                              *s/Lonny R. Suko*
                          _____
                              LONNY R. SUKO
                       Chief United States District Judge

**ORDER GRANTING**
**MOTION TO RECONSIDER -    2**